# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2010

Marilyn Kelly,
Chief Justice

141216

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTIAN DAVID SIMS,
      Defendant-Appellant.

SC: 141216
COA: 288685
Oakland CC: 2008-220585-FH

_____/

      On order of the Court, the application for leave to appeal the April 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2010

_____
Clerk

p1013